**Order filed June 11, 2014.**



In The

# Fourteenth Court of Appeals
_____

## NO. 14-14-00147-CV
_____

**ANDREW DEMERS AND JOE BROCK RAMEY, Appellants**

**V.**

**FEDERAL HOME LOAN MORTGAGE CORPORATION, Appellee**

---

**On Appeal from County Court at Law No. 2**
**Fort Bend County, Texas**
**Trial Court Cause No. 540791102**

---

## O R D E R

No reporter's record has been filed in this case. The official court reporter for County Court at Law No. 2 informed this court that appellants had not made arrangements for payment for the reporter's record. On April 16, 2014, the clerk of this court notified appellants that we would consider and decide those issues that do not require a reporter's record unless appellants, within 15 days of notice, provided this court with proof of payment for the record. *See* Tex. R. App. P. 37.3(c). As of this date, no proof of payment for the reporter's record has been filed.

Accordingly, we order appellants to file a brief in this appeal within thirty days of the date of this order. If appellants fail to comply with this order, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).


PER CURIAM